**Opinion issued November 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00933-CR

———————————

## IN RE ANTHONY RAY SLOAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Anthony Ray Sloan has filed a petition for writ of mandamus against Michael Abner, Marilyn Burgess (Harris County District Clerk), Radarius Morrow, and the Honorable Peyton Peebles, III, presiding judge of the 497th District Court, a court exercising criminal jurisdiction.[1] In particular, Relator asks this court to:

---

[1] The underlying case is *State of Texas v. Anthony Ray Sloan*, cause number 189777801010, pending in the 497th District Court of Harris County, Texas, the Honorable Peyton Peebles III presiding.

1. Accept jurisdiction in equity over the matter known as RF 773 776 491 US-11 Trust 1 Cause No. 189777801010;

2. Issue a Writ of Mandamus directing Respondents to proceed in equity rather than at law;

3. Recognize and confirm the appointment of Radarius Marrow as Co-Trustee, Custodian, and Fiduciary authorized to settle and close all outstanding public claims, charges, debts, and property matters related thereto;

4. Order the discharge of all corresponding public liabilities upon equitable settlement; and

5. Grant such other and further equitable relief as the Court deems just.

Relator's petition contained no appendix or sworn record. Relator subsequently filed a supplement, containing an appendix.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Guerra, Guiney, and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).